JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE SOBER LIVING CENTERS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY LEVY, also known as HENRI ALEXANDER, also known as HENRI ALEXANDER LEVY, an individual; ENFANTS RICHES DEPRIMES, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. CV 15-6284-DMG (AFMx)<br><br>**ORDER OF DISMISSAL [44][53]** |

　　IT IS HEREBY ORDERED, that, by Stipulation of the parties, the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

　　The Court shall retain jurisdiction over this matter for the purposes of enforcing the Settlement Agreement between the parties for a period of one (1) year from the entry of this Order of Dismissal. All scheduled dates and deadlines are VACATED.

　　IT IS SO ORDERED.

DATED: December 15, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE